**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
WEST AVENUE UNITED METHODIST CHURCH,

    Plaintiff,

    -against-

CHURCH MUTUAL INSURANCE COMPANY,

    Defendant.

------------------------------------------------------------x

20-CV-8219 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Civil Case Management Plan and Scheduling Order dated January 28, 2021 ordered the parties to file a joint discovery status letter on February 15, 2021 and every 60 days thereafter. (ECF 11). To date, no status letter has been filed. The parties are hereby ordered to file a joint status letter by **April 9, 2021**.

    **SO ORDERED.**

Dated: April 2, 2021
    New York, New York

    _s/ Ona T. Wang_
    **Ona T. Wang**
    United States Magistrate Judge