UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
WEST AVENUE UNITED METHODIST CHURCH,  :
                                      :
                Plaintiff,             :         20-CV-8219 (LTS) (OTW)
                                      :
                -against-              :         ORDER
                                      :
CHURCH MUTUAL INSURANCE COMPANY,      :
                                      :
                Defendant.             :
                                      :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

On June 25, 2021, the Court directed the parties to file a joint status letter by July 23, 2021. (ECF 18). To date, no status letter has been filed. The parties are hereby ordered to file a joint status letter by **October 7, 2021.**

**SO ORDERED.**

Dated: October 4, 2021
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge