**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
WEST AVENUE UNITED METHODIST CHURCH,

    Plaintiff,

    -against-

CHURCH MUTUAL INSURANCE COMPANY,

    Defendant.
-----------------------------------------------------------x

20-CV-8219 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The fact discovery end date is **July 29, 2022**. The parties are directed to schedule the depositions of (1) Ms. Marring (2) Mr. McNeal and (3) Mr. Auden. By **June 3, 2022**, the parties are directed to file a joint status letter identifying the dates of these depositions and informing the Court whether the parties are interested in pursuing settlement.

**SO ORDERED.**

Dated: May 17, 2022
       New York, New York

                *s/ Ona T. Wang*
                **Ona T. Wang**
                United States Magistrate Judge