**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
WEST AVENUE UNITED METHODIST CHURCH,

        Plaintiff,

        -against-

CHURCH MUTUAL INSURANCE COMPANY,

        Defendant.

-------------------------------------------------------------x

20-CV-8219 (LTS) (OTW)

**ORDER**

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court has reviewed ECF 40.

        The parties are directed to meet and confer on the most efficient and productive schedule for completing expert discovery. By **November 4, 2022**, the parties shall submit a joint status letter to the Court with a proposed expert discovery schedule. The parties shall also state in the letter whether they would like a referral to the Southern District of New York's Mediation Program.

        **SO ORDERED.**

Dated: October 12, 2022
       New York, New York

           *s/ Ona T. Wang*
           **Ona T. Wang**
           United States Magistrate Judge