**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
WEST AVENUE UNITED METHODIST CHURCH,   :
                                           :
             Plaintiff,           :                20-CV-8219 (LTS) (OTW)
                                           :
            -against-          :                **ORDER**
                                           :
CHURCH MUTUAL INSURANCE COMPANY,    :
                                           :
            Defendant.          :
                                           :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 52. The parties are directed to submit a joint status letter to the Court **by Friday, July 14, 2023**, explaining the dispute regarding scheduling depositions of Plaintiff's experts, including their past efforts to meet and confer. Furthermore, the parties shall propose dates in the letter for an in-person status conference.

      **SO ORDERED.**

_s/ Ona T. Wang_

Dated: July 6, 2023                            **Ona T. Wang**
      New York, New York             United States Magistrate Judge