**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
WEST AVENUE UNITED METHODIST CHURCH,   :
                               Plaintiff,   :                 20-CV-8219 (LTS) (OTW)
                             -against-   :                 **ORDER**
CHURCH MUTUAL INSURANCE COMPANY,   :
                             Defendant.   :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on Wednesday, July 26, 2023.

As ordered at the conference, the parties are directed to file a joint status letter **by Friday, September 29, 2023**, addressing: (1) the status of expert discovery, (2) the status of any dispositive motions, and (3) whether the parties want to schedule a pre-settlement conference call.

The deadline to complete expert discovery is extended to **Friday, November 3, 2023**.

**SO ORDERED.**

Dated: July 26, 2023
       New York, New York

                                                          *s/ Ona T. Wang*
                                                          **Ona T. Wang**
                                                          United States Magistrate Judge